**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEISURE FITNESS EQUIPMENT LLC, a Delaware limited liability company, successor-in-interest to LEISURE FITNESS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER LABBE and ATLANTIC FITNESS BROKERS LLC, a Virginia limited liability company,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-01150-GMS<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF CHRISTOPHER LABBE

Christopher Labbe hereby declares under penalty of perjury that the following is true and correct:

1. I am more than 18 years of age and a citizen of the United States. I make the following affidavit based on my own personal knowledge.

2. This affidavit is made solely in support of my and Atlantic Fitness Brokers LLC's ("AFB") motion to dismiss the complaint of Leisure Fitness Equipment LLC in the above captioned case.

3. I am currently a resident of Virginia and have been a resident of Virginia since October, 2002.

4. I have never been a resident of Delaware or owned any real property in Delaware.

5. I have traveled through Delaware on occasion for personal trips. The most recent personal trip was to the Delaware shore and occurred on or about July 3, 2015.

6. While I was employed with Plaintiff, I worked at a location in Tysons Corner, Virginia.

7. My most recent position with Plaintiff was store manager.

8. While I was employed with Plaintiff, I did not report to work in Delaware.

9. While I was employed with Plaintiff, I was required to travel to Plaintiff's office in Delaware for meetings or trainings about 4 times per year.

10. The last time I recall traveling to Delaware as a part of my employment with Plaintiff is in or about November 2014.

11. I do not currently travel to Delaware for business.

12. I do not currently conduct business in Delaware.

13. I do not currently provide services in Delaware.

14. I am the registered agent and sole owner of AFB.

15. AFB is a Virginia Limited Liability Company that is registered to conduct business in Virginia.

16. AFB is not registered to do business in Delaware.

17. AFB has a Facebook.com page and a Yelp.com page on the internet that provides information to potential customers related to fitness equipment service and supply.

18. AFB does not currently have another internet webpage.

19. AFB posts equipment for sale using Craigslist.org and is listed as a Virginia listing.

20. AFB also posts equipment for sale on eBay.com and has had two sales through this website.

21. AFB also has posted equipment for sale on Facebook.com, but no sales have occurred to date on this website.

22. AFB's equipment is stored in a warehouse leased by AFB in Virginia.

23. AFB does not direct marketing or advertising to Delaware.

24. I am aware of only a single piece of equipment sold by AFB that is being used by a resident of Delaware. The equipment was purchased by a relative of a friend of my sister. My sister's friend is a resident of Maryland and came to AFB's warehouse in Virginia where the equipment was purchased. My understanding is that my sister's friend took the equipment to his relative in Delaware.

25. My sister's friend is not and was not an employee of AFB, was not making the delivery on behalf of AFB, and was not compensated by AFB to make the delivery.

26. AFB does not conduct business in Delaware.

27. AFB does not provide services in Delaware.

28. AFB does not own real property in Delaware.

In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing Affidavit is true and correct.

Executed January 8, 2016.

_____
Christopher Labbe